STEPHEN J. FOONDOS (SBN:148982)
JOHN S. SARGETIS (SBN: 80630)
**UNITED LAW CENTER**
3301 Watt Avenue, Suite 500
Sacramento, CA 95821
Tel: (916) 367-0630
Fax: (916) 865-0817

Attorneys for MARK SWASEY and TRISHELE SWASEY, Plaintiffs

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK SWASEY and TRISHELE SWASEY,<br><br>              Plaintiffs,<br><br>v.<br><br>SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 50, inclusive,<br>              Defendants. | Case No.: 2:16-cv-01633-TLN-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Current Hearing Date:**<br><br>Date:         July 9, 2020<br>Time:        2:00 p.m.<br>Courtroom: 2<br><br>**Proposed Hearing Date:**<br><br>Date:         September 3, 2020<br>Time:        2:00 p.m.<br>Courtroom: 2 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and among Plaintiffs MARK SWASEY and TRISHELLE SWASEY (hereinafter collectively referred to as the "Plaintiffs") and Defendants SETERUS INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION (hereinafter collectively referred to as the "Defendants"), collectively referred to herein as "the Parties", by and through their respective attorneys of record:

1.     The purpose for this Stipulation is because counsel for the respective Parties are negotiating a possible settlement agreement.  Therefore, it is agreed between the Parties continuing the hearing on the Motion for Judgment on the Pleadings, currently scheduled for, July 9, 2020, until **September 3, 2020 at 2:00 p.m.** would be appropriate; and

2.     It is further agreed by the Parties and stipulated that the briefing schedule should trail the continued date.

**IT IS SO STIPULATED**

DATED:  _June 24, 2020_          **UNITED LAW CENTER**
                                 A Professional Law Corporation


                                 By:  _/s/ Stephen J. Foondos_____
                                       STEPHEN J. FOONDOS
                                       Attorney for Plaintiffs
                                       MARK SWASEY and TRISHELE
                                       SWASEY


DATED:  _June 24, 2020_          **THE RYAN LAW FIRM**
                                 A Professional Law Corporation


                                 By:  _/s/ Michael W. Stoltzman_____
                                       MICHAEL W. STOLTZMAN
                                       Attorney for Defendants
                                       SETERUS INC., and FEDERAL
                                       NATIONAL MORTGAGE ASSOCIATION

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Grant the Stipulation; and
2. Continue the hearing on Defendant's Motion for Judgment on the Pleadings from July 9, 2020 to **September 3, 2020 at 2:00 p.m**.
3. Plaintiffs' opposing papers are to be filed and served not less than fourteen (14) calendar days prior to the continued hearing date, and any reply to Plaintiffs' opposition is to be filed and served not less than seven (7) calendar days prior to the continued hearing date.

**IT IS SO ORDERED.**

Dated: June 24, 2020

_____
Troy L. Nunley
United States District Judge